Opinion filed October 15, 2009











 
 
  
 
 







 
 
  
 
 




Opinion filed October 15, 2009

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-09-00287-CV

                                                    __________

 

                               EX PARTE TIMOTHY W. BUCHANAN

 



 

                                        On
Appeal from the 132nd District Court

                                                         Borden
County, Texas

                                                     Trial
Court Cause No. 1176

 



                                              M E
M O R A N D U M   O P I N I O N

Appellant
filed his pro se notice of appeal on September 10, 2009; however, it appears
that an appealable order or judgment has not been entered.  On September 22,
2009, the clerk of this court wrote the parties advising them that it appeared
an appealable order or judgment had not been entered and directing appellant to
respond in writing on or before October 7, 2009, showing grounds for continuing
the appeal. 

Appellant
has filed an advisory to the court arguing that his record should be expunged
and that he should be released.  Appellant attacks the 1999 and 2003
proceedings against him.  Appellant does not argue or establish that an
appealable order or judgment has been entered.  Appellant has failed to invoke
the jurisdiction of this court.

The
appeal is dismissed for want of jurisdiction.

 

October 15, 2009                                                                    PER
CURIAM 

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.